IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                  No. CIV S-12-0483 KJM-CKD

    vs.

JAYAGAURI V. SOLANKI,                  ORDER

    Defendant.

_____/

        Plaintiff filed a notice of settlement on June 27, 2012 (ECF 13) and was ordered to file dispositional documents by July 27, 2012 (ECF 14.)  On July 27, 2012, plaintiff filed a request for an extension of time to file dispositional documents presently before the court.  (ECF 15.)

        Local Rule 160(b) provides: "The Court may, on good cause shown, extend the time for filing the dispositional papers."  Although plaintiff has not shown good cause, as this is plaintiff's first such request, it is hereby granted, with the admonition that such requests shall not be granted in the future without good cause having been shown.

        The court notes that default has been entered against defendant, who has not appeared in this action although he has been served.  Within seven (7) days, plaintiff shall provide the court with proof that defendant was served the notice of settlement and request for

1  extension filed in this matter; failure to do so may result in dismissal of the above-captioned
2  matter with prejudice.  Plaintiff is further ordered to provide this order to defendant and to file
3  proof of service of this order on defendant on the court's docket within seven (7) days.
4          IT IS SO ORDERED.
5  DATED: August 1, 2012.

                                            _____
                                            UNITED STATES DISTRICT JUDGE